860

for appellant. *Everett C. McKeage* for appellee.

No. 326. S. KLEIN ON THE SQUARE, INC. *v.* LIONEL CORPORATION. Appeal from the Court of Appeals of New York. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Sidney A. Diamond* and *Murray Gartner* for appellant.

No. 414. AIKEN *v.* RICHARDSON. Appeal from the Supreme Court of Georgia. Motion for a stay, referred to the Court by MR. JUSTICE BLACK denied. *G. Seals Aiken, pro se.*

No. 131, Misc.   ALLEN *v.* RAGEN, WARDEN;
No. 140, Misc.   HARN *v.* BANNAN, WARDEN;
No. 152, Misc.   GOULDING *v.* BANNAN, WARDEN; and
No. 156, Misc.   ROEBUCK *v.* HIATT, WARDEN. Motions
for leave to file petitions for writs of habeas corpus denied.

No. 246. DIEHL *v.* LEHIGH VALLEY RAILROAD CO. ET AL. C. A. 3d Cir. Certiorari granted. *Sheldon E. Bernstein* for petitioner. *Thomas Price Mikell* for the Lehigh Valley Railroad Co.; and *Clarence M. Mulholland* and *Richard R. Lyman* for System Federation No. 96, Railway Employes' Department, A. F. of L., et al., respondents.

No. 302. PARISSI *v.* TELECHRON, INC. ET AL. C. A. 2d Cir. Certiorari granted. *Charles P. Bauer* for petitioner. *Charles H. Walker* and *Charles E. Nichols* for respondents.